# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD WILSON, *et al.*, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:11-cv-0479-GMN-PAL <br><br> **ORDER** |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered March 31, 2011, regarding removal of this case to federal district court. On April 5, 2011, Allstate filed a signed Statement (Dkt. #6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a Joint Status Report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., May 26, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 12th day of May, 2011.

_____
Peggy A. Leen
United States Magistrate Judge