# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD WILSON, et al., )<br>                      )<br>              Plaintiffs, )<br>                      )<br>vs.                   )<br>                      )<br>ALLSTATE INSURANCE COMPANY, )<br>                      )<br>              Defendant. )<br>_____ ) | Case No. 2:11-cv-00479-GMN-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to comply with this court's Minute Order in Chambers entered December 21, 2012, requiring the parties to file their stipulation to dismiss, or alternatively, a joint status report with the court regarding the status of the parties' settlement no later than January 7, 2013.  To date, the parties have failed to comply with this court's order.  Accordingly,

**IT IS ORDERED** that a status and scheduling conference is set for **January 22, 2013, at 11:00 a.m., in Courtroom 3B**.

Dated this 14th day of January, 2013.

                                                                            _____
                                                                            Peggy A. Leen
                                                                            United States Magistrate Judge